Paul Swenson Prior, Esq.
Nevada Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com

HUNTON & WILLIAMS LLP
M. BRETT BURNS (CALIFORNIA SBN 256965)
*Appearing Pro Hac Vice*
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701
mbrettburns@hunton.com

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

**UNITED STATES OF DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>      Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>      Defendant. | Case No.: 2:17-cv-01185-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///
///
///

It is hereby stipulated by and between Plaintiff Kevin Zimmerman and Defendant Lowe's Home Centers, LLC, by and through their respective counsel, that this action be dismissed with prejudice, with each party to bear its own fees and costs.

DATED: August 3, 2017

THE WILCHER FIRM

By: */s/ Whitney C. Wilcher*
Whitney C. Wilcher, Esq.
Nevada Bar No. 7212
8465 W. Sahara Ave., Suite 111-236
Las Vegas, NV 89117
*Attorney for Plaintiff Kevin Zimmerman*

DATED: August 3, 2017

SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
Paul Swenson Prior, Esq.
Nevada Bar No. 9324
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorney for Defendant Lowe's Home Centers, LLC*

## **ORDER**

IT IS ORDERED that this action be dismissed with prejudice, with each party to bear its own fees and costs.

Dated this  3  day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
    Paul Swenson Prior, Esq.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendant
    Lowe's Home Centers, LLC*

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ___X___ | Electronic Filing |

and addressed to the following:

Whitney C. Wilcher, Esq.
The Wilcher Firm
8465 W. Sahara Ave., Suite 111-236
Las Vegas, NV 89117
Attorney for Plaintiff Kevin Zimmerman

DATED August 3, 2017

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4852-5276-5004.1